**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

WRITER'S DIRECT DIAL NUMBER
(212) 373-3061

WRITER'S DIRECT FACSIMILE
(212) 492-0061

WRITER'S DIRECT E-MAIL ADDRESS
cboehning@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/09/21

November 8, 2021

**MEMO ENDORSED**

**BY ECF**

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Ball* v. *Baker et al.*, 7:21-cv-06418-NSR

Dear Judge Román:

On behalf of defendants—current and former officers and members of the Board of Directors (the "Board") of Regeneron Pharmaceuticals, Inc. ("Regeneron" or the "Company")—we write to seek leave to file under seal information that this Court has previously determined to be confidential pursuant to Rule 4.A of Your Honor's Individual Rules of Practice in Civil Cases.

Specifically, to preserve the confidentiality of Regeneron's proprietary information, defendants seek to file under seal their: (1) memorandum in opposition to plaintiff's motion to remand; (2) memorandum in support of the motion to dismiss; and (3) reply memorandum in further support of the motion to dismiss. These papers contain a detailed discussion of portions of the Complaint that this Court has previously determined should be redacted. Defendants will file appropriately redacted versions of these papers on the public docket.

By way of background, on June 29, plaintiff Donald A. Ball commenced this purported derivative action in the Supreme Court of the State of New York, County of Westchester. The publicly filed version of plaintiff's complaint included certain redactions of allegations that contained non-public, confidential, proprietary and commercially sensitive information of Regeneron, including the contents of confidential board and audit committee minutes, policies, board presentations, and internal company emails.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Judge Román                                                                                                   2

Regeneron produced these materials to plaintiff in response to his demand to inspect company books and records, and in reliance on the terms of a Confidentiality Agreement between Regeneron and plaintiff, in which plaintiff agreed that "irreparable damage to the Company would occur in the event" of disclosure of confidential information, ECF 1 Ex. 2 at ¶ 24. Plaintiff further agreed to "redact all references to Confidential Information in any pleadings filed with the court." *Id.* at ¶ 13.

On July 28, 2021, this Court permitted defendants to file the unredacted Complaint under seal and to publicly file the redacted Complaint as part of their removing the case to this court. Additionally, on August 16, 2021, Your Honor approved plaintiff's request to file his pre-motion letter under seal and simultaneously file the redacted version on the public docket. ECF 19. Courts in the Second Circuit similarly recognize the importance of protecting against public disclosure of confidential business information where such disclosure could cause competitive harm, and have permitted parties to protect such information by filing documents under seal or with redactions. *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006); *Mark* v. *Gawker Media LLC*, 2015 WL 7288641, at *2 (S.D.N.Y. Nov. 16, 2015) (granting request for redactions "[i]n the interest of protecting confidential business information") (citing *Standard Inv. Chartered, Inc.* v. *FINRA*, 2009 WL 2778447, at *2 (2d Cir. 2009) (upholding district court's finding that the defendant's interest in protecting the confidential business information at issue outweighed the qualified presumption of public access)).

Accordingly, and consistent with this Court's prior orders, defendants respectfully seek leave to file memoranda in opposition to plaintiff's motion to remand and in support of defendants' motion to dismiss relief under seal, and to file on the public docket versions of these papers with the appropriate redactions.

Respectfully submitted,

*/s/   H. Christopher Boehning*
H. Christopher Boehning

The Court GRANTS Defs.' leave to file their memoranda in opposition to Pl.'s motion to remand and in support of Defs.' motion to dismiss under seal, and to file on the public docket versions of these papers with the appropriate redactions.

The Clerk of the Court is kindly directed to terminate the motion in ECF No. 22.

Dated: November 9, 2021
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE