UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD A. BALL, derivatively on behalf of REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES A. BAKER, MICHAEL S. BROWN, JOSEPH L. GOLDSTEIN, CHRISTINE A. POON, ARTHUR F. RYAN, LEONARD S. SCHLEIFER, GEORGE L. SING, MARC TESSIER-LAVIGNE, P. ROY VAGELOS, GEORGE D. YANCOPOULOS, ROBERT TERIFAY, MURRAY GOLDBERG, ROBERT E. LANDRY, BONNIE L. BASSLER, N. ANTHONY COLES, and HUDA Y. ZOGHBI, <br><br> Defendants. | Case No. 21-cv-6418-NSR <br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

  Jonathan Hurwitz moves this Court to withdraw as counsel for Regeneron Pharmaceuticals, Inc., in the above-captioned action and in compliance with Local Rule 1.4.

Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue representing Regeneron.

Dated:  New York, New York
January 16, 2025

                 */s/ Jonathan Hurwitz*
                 Jonathan Hurwitz
                 **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                 1285 Avenue of the Americas
                 New York, NY 10019-6064
                 Tel. (212) 373-3254
                 jhurwitz@paulweiss.com

                 *Counsel for Defendant REGENERON PHARMACEUTICALS, INC.*

SO ORDERED:

_____

**Certificate of Service**

        I, Jonathan Hurwitz, hereby certify that on January 16, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.


January 16, 2025                                    /s/ *Jonathan Hurwitz*
New York, New York                       Jonathan Hurwitz